# United States District Court
### for the
# Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

LIANG WANG,

| Plaintiff | Case Number |
|---|---|
| vs. | 24-Civ-03356 |
| THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC., AND ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS | |
| Defendant | |

#### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

MATTHEW MUCKEY

| Plaintiff | Case Number |
|---|---|
| vs. | 1:24-cv-03348 |
| ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC. a/k/a THE NEW YORK PHILHARMONIC ORCHESTRA | |
| Defendant | |

IH-32                                                                                Rev: 2014-1

**Status of Earlier Filed Case:**

☐ Closed      (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

A summons and complaint was filed today, May 1, 2024.  There have been no court rulings.

**Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.**

The earlier filed case and the newly filed case flow from events that share significant commonalities, in time, place, parties and character.  Specifically, each plaintiff alleges suspension without just cause by the same employer (Defendant the Philharmonic) on the same date for the same invalid reasons, and also violations by the union (Defendant Local 802) of its duty of fair representation in connection with its actions and inaction in connection with the suspensions.   Thus each plaintiff individually brings a hybrid action under Section 301 of the Labor Management and Relations, and related state law claims.

Signature: /s/ Alan S. Lewis           Date: 5/1/2024

Firm: Carter Ledyard & Milburn LLP