UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
LIANG WANG,

                    Plaintiff,

vs.

THE PHILHARMONIC SYMPHONY SOCIETY
OF NEW YORK, INC. AND ASSOCIATED
MUSICIANS OF GREATER NEW YORK, LOCAL
802, AMERICAN FEDERATION OF MUSICIANS,

                    Defendants.
------------------------------------------------------------- x

Case No. 1:24-cv-03356 (UA)

[rel: 1:24-cv-03348]

**STIPULATION ACCEPTING SERVICE AND ESTABLISHING DATE FOR RESPONSE**

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiff Liang Wang ("Wang") and the attorneys for the Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians ("Local 802") as follows:

        1.    Local 802 accepts service and acknowledges receipt of the Summons and Complaint, filed by Wang on May 1, 2024, and

        2.    The time for Local 802 to answer, move or otherwise respond to the Complaint is June 5, 2024.

Dated: New York, NY
         May 6, 2024

| COHEN, WEISS AND SIMON LLP | CARTER LEDYARD & MILBURN LLP |
|---|---|
| By: Susan Davis | By: Alan S. Lewis |
| Olivia R. Singer | Karen E. Meara |
| Cohen, Weiss and Simon LLP | Carter Ledyard & Milburn LLP |
| 909 Third Avenue, 12th Floor | 28 Liberty Street, 41st Floor |
| New York, NY 10022 | New York, NY 10005 |
| (212) 356-0205 | (917) 553-2524 |
| sdavis@cwsny.com | lewis@clm.com |
| *Attorneys for Defendant Local 802* | *Attorneys for Plaintiff Liang Wang* |