UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
LIANG WANG,

                          Plaintiff,

      - against -

THE PHILHARMONIC-SYMPHONY SOCIETY OF
NEW YORK, INC., and ASSOCIATED MUSICIANS
OF GREATER NEW YORK, LOCAL 802,
AMERICAN FEDERATION OF MUSICIANS,

                          Defendants.

------------------------------------------------------------------- x

Case No.
1:24-cv-03356 (AS) (RWL)
[Rel. Case No. 1:24-cv-03348 (AS) (RWL)]

## NOTICE OF MOTION TO DISMISS

       PLEASE TAKE NOTICE that Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians ("Local 802"), by and through its undersigned counsel, upon the accompanying Memorandum of Law and the Declaration of Olivia R. Singer, dated June 5, 2024, and corresponding exhibits, submitted herewith, will move this Court, before the Honorable Arun Subramanian, U.S.D.J., at the United States District Court, Southern District of New York, 500 Pearl Street, Courtroom 15A, New York, New York 10007, at a date and time to be determined by the Court, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing with prejudice the claims against Local 802 set forth in the Complaint and granting such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
          June 5, 2024

                                                  Respectfully submitted,

                                                  */s/ Susan Davis*
                                                  Susan Davis
                                                  Olivia R. Singer
                                                  COHEN, WEISS AND SIMON LLP

909 Third Avenue, 12th Floor
New York, New York 10022-4869
(212) 563-4100
sdavis@cwsny.com

*Attorneys for Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2024, I caused a true and correct copy of the foregoing Notice of Motion, accompanying Memorandum of Law, and accompanying Declaration and exhibits to be served through the Court's electronic notification system on counsel for Plaintiff Liang Wang and on counsel for Defendant The Philharmonic-Symphony Society of New York, Inc.

/s/ Susan Davis
Susan Davis
COHEN, WEISS AND SIMON LLP
909 Third Avenue, 12th Floor
New York, New York 10022-4869
(212) 563-4100
sdavis@cwsny.com

*Attorney for Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians*