# Exhibit C

**New York Philharmonic**
April 18 at 4:18 PM

A Message from Our President and CEO, Gary Ginstling

Dear New York Philharmonic Community,

The details revealed in the New York magazine article are horrifying to me personally, and, while not yet a year into my tenure as President and CEO of the New York Philharmonic, I am deeply concerned about not only the specifics but broader issues of institutional culture. Therefore, I have taken the following immediate steps:

1. At my direction, the Philharmonic has engaged Katya Jestin, co-managing partner of the law firm Jenner & Block, to launch an independent investigation into the culture of the New York Philharmonic in recent years. Katya has extensive experience handling sexual misconduct investigations and related matters involving extremely sensitive interviews. I am empowering Katya to look at everything and to leave no stone unturned, including any new allegations as they are reported. I pledge to share the recommendations with our board, our staff and our musicians as well as with the general public. More details on the process will be coming shortly.

2. For the time being, musicians Matthew Muckey and Liang Wang are not being assigned to any Philharmonic activity as we work through this process, and a decision about their future with the New York Philharmonic will be made in due course.

3. The New York Philharmonic is preparing to seek changes to its audition and tenure review policies and procedures to provide more transparency, oversight and equity to the process. We look forward to working with Local 802 and our musician colleagues on these changes.

Nothing is more important than the culture of our orchestra and the safety of our musicians and staff, and it is only through this process that we will build the kind of vibrant and inclusive culture we all want.

Thank you,
Gary Ginstling



334    152 comments   109 shares

Like    Comment    Share

Most relevant

**Lara St John**
The best thing you could do, Mr. Ginstling, is quash the NDA that Cara is confined by. I think everyone would like her to be allowed to speak at long last. After that, maybe we could all take a look at the Indianapolis situation before you came to New York.
4w · Like · Reply · Edited    95

**Sarah Watts**
Please can you make actions speak louder than words? Maybe start by relieving Cara of her NDA and letting her speak and tell her story? The time for silencing women is well and truly over. Freedom to speak is essential going forwards.
4w · Like · Reply    104

View 1 reply



**Kelly Riordan**
Understanding that this article was (brilliantly) published on Friday, NYP had six days to craft this statement. There is no excuse for the oversight of not mentioning Cara or Amanda.

Also of note: reviewing audition and tenure procedures is a step. I... **See more**

4w · Like · Reply — 69

View 1 reply

**Kim A. Rutherford**
Actions speak louder than your forced words -- free Cara from the NDA. The need for you to mention your own tenure with the NY Phil is incredibly self-serving.

No future subscriptions from us until those two are gone for good -- and you've stepped down.

4w · Like · Reply · Edited — 11

**Stephanie Streseman Wilkinson**
Release Cara from her NDA.

2w · Like · Reply

**Jennifer Presar**
Mr. Ginstling, you should also encourage your peer colleagues of the top orchestras to take similar steps.

4w · Like · Reply

**Stephanie Streseman Wilkinson**
Release any other victims you're covering up from their NDAs, too.

2w · Like · Reply

**Lawrence Franko**
I totally agree that ALL sexual abuse and physical assault/drugging should be stopped and prosecuted where appropriate. And there should be 'someone to talk to.' I am inclined to put a lot of the blame in this story on the Union. The Union could offer... **See more**

4w · Like · Reply · Edited

View all 12 replies

**Astrid Zenon Jenkins**
Y'all have known about this for a long time and are only responding now that the story got big. First change is a complete turn over in leadership.

2w · Like · Reply · Edited

**Karen Fardal**
Too little too late, good luck fixing this when the entire culture is so enmired in patriarchal and hierarchical structures that elevate men to untouchable status and punish anyone who speaks up and out. It's not just here, it's everywhere. How did Jam... **See more**

4w · Like · Reply · Edited — 37

View all 13 replies

**Heidi Chisholm**
Time is up NYPhil! You've done the wrong thing for too many years. All those that supported the criminals in WW and brass section need to go too. There are plenty of decent humans out there that can play. Get rid of the rot. That photo of those thr... **See more**

3w · Like · Reply — 7

**Anthony Barrington**
They're still not fired LOL what a joke

4w · Like · Reply — 32

View all 5 replies

**Jessica MacLean Shekleton**
I do hope they're suspended without pay.

3w · Like · Reply

**M Mike Brown**
Release Cara Kizer from her NDA. If anyone should be getting back pay it's her. And fire those two rapists before they drag the reputation of your orchestra further into mud. Despicable.

3w · Like · Reply — 2

**Adrian Holton**
How about transparency? Release Cara from her NDA so she has a choice to speak freely.

4w · Like · Reply — 18

**Celeste Alexandria Morales**
This is just too sad

4w · Like · Reply

View all 3 replies

**Angie M Rivera** · Follow
Relieve Cara from her NDA

4w · Like · Reply — 3

**Dmitry Kustanovich**
Yes yes yes
4w  Like  Reply

**Alejandra Urrutia**
Wonderful, important and necessary.
4w  Like  Reply

**Kevin Scully**
What's happening the weekend of May 8th? Still an oboe concerto on the events calendar. Edit: They replaced it on the program.
4w  Like  Reply  Edited    4

View all 4 replies

**Rae Rae Messenger**
I painted this tonight. It's how I feel about being a woman brass player.



4w  Like  Reply    3

**Mariane Patenaude**
**Malena Lorenson**!
4w  Like  Reply

**Carolyn Marie**
Release the poor woman from her NDA, and MAYBE you can save face
3w  Like  Reply

**Luke Hollis**
It's nice to see the NYP cares about having a safe work environment for women after getting outed following every effort to cover it up. What a sad, shameful situation.
4w  Like  Reply    33

View all 3 replies

**Eliza Rodriguez**
Release Cara from her NDA.
4w  Like  Reply    11

**Veronica AReader**
Drop the NDA. Let Cara speak.
4w  Like  Reply    17

View all 3 replies

Most relevant is selected, so some comments may have been filtered out.