# Exhibit D

nypmusicians



nypmusicians  ···

Follow    Message    

**NY Philharmonic Musicians**
Orchestra
Official account of the Musicians of the New York Philharmonic 🎵
Members of AFM Local 802
📧 nypmusicians@gmail.com
🔗 **linktr.ee/nypmusicians**

     
Our new h...  Alison Fierst  Anthony ...  Ryan Rob...  NYP Cellists  Yoobin Son

| 114 posts | 15.1K followers | 565 following |

  



In light of recent events, we,
the Orchestra Committee of the
New York Philharmonic, believe it is imperative
that you hear our voices.

We wholeheartedly denounce and find
abhorrent all conduct that violates and
degrades the women in our Orchestra.
Such conduct is an affront to women
everywhere. It must never be tolerated.

We call on our fellow musicians and
the Philharmonic-Symphony Society
to provide a safe environment
so that no one is afraid to come to work.



     

