# Exhibit G



**Susan Davis, Partner**
Tel:   212.356.0207
Fax:   646.473.8207
Cell:  917.282.5040
sdavis@cwsny.com
www.cwsny.com

909 Third Avenue, 12th Floor • New York, NY 10022-4869

April 18, 2024

Via Email:  lewis@clm.com

Alan S. Lewis
Carter Ledyard & Milburn LLP
28 Liberty Street
New York, NY 10005

Dear Mr. Lewis:

      This firm is counsel to the Associated Musicians of Greater New York Local 802, AFM ("Local 802" or the "Union").  I write in response to your April 17, 2024 letter.

      *First,* I do not think it would be productive to debate all of the allegations in your letter. Suffice it to say that we strenuously disagree with your characterization of Ms. Cutler's remarks and Local 802's conduct. Local 802 owes a duty to *all* members in the bargaining unit, not only to Mr. Wang.

      *Second,* The Philharmonic advised Local 802 that Mr. Wang is being paid in full during this period. If, nonetheless, he objects to the Philharmonic's action, the proper course is for him to reach out to the Union, which he has not done.  If he wishes to do so, he should contact Dan Point at dpoint@local802afm.org and the Union will evaluate his request at that time. Local 802 prefers to speak directly to its members, rather than through communications between lawyers.

      Very truly yours,

      Susan Davis

10054803.2
10054803.1