# Exhibit J

## Chart of Plaintiff's Claim Elements Not Plausibly Pleaded

Pursuant to this Court's Individual Rule 8.G.i., Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians ("Local 802") submits this non-argumentative chart identifying the claim elements not plausibly pleaded, as a supporting paper to its Motion to Dismiss Plaintiff Liang Wang's Complaint. This chart does not address additional deficiencies raised in Local 802's supporting Memorandum of Law, including federal preemption and state pleading requirements for claims against voluntary associations.

| Claim against Local 802 | Elements of claim | Elements not plausibly pleaded |
|---|---|---|
| First Claim for Relief<br><br>Hybrid § 301/DFR Claim: Breach of Duty of Fair Representation<br><br>(¶¶ 74–87) | 1. Employer breached the collective bargaining agreement<br>2. Union violated its duty of fair representation through arbitrary, discriminatory, or bad-faith conduct<br>3. Causal connection between union's misconduct and plaintiff's injury | All elements |
| Sixth Claim for Relief<br><br>Discrimination under the New York State Human Rights Law<br><br>(¶¶ 137–149) | 1. Plaintiff within a protected class<br>2. Plaintiff was qualified for the position<br>3. Plaintiff was subject to an adverse employment action<br>4. The adverse employment action occurred under circumstances giving rise to an inference of discrimination | Elements 3–4 |
| Eighth Claim for Relief<br><br>Discrimination Under the New York City Human Rights Law<br><br>(¶¶ 163–176) | 1. Plaintiff within a protected class<br>2. Plaintiff was treated less well than other similarly situated employees<br>3. Because of their protected class | Elements 2–3 |
| Tenth Claim for Relief<br><br>Prima Facie Tort<br><br>(¶¶ 187–195) | 1. Intentional infliction of harm<br>2. Causing special damages<br>3. Without excuse or justification<br>4. By an act or series of acts that would otherwise be lawful | Elements 1–3 |