Case 1:24-cv-03356-AS   Document 29   Filed 07/11/24   Page 1 of 1



**Olivia R. Singer, Partner**
o  212-356-0206
f  646.473.8206
osinger@cwsny.com
www.cwsny.com

909 Third Avenue, 12th Floor • New York, NY 10022-4731

> Once the parties submit the case-management plan and joint letter that are required to be submitted before the conference, the Court will consider adjourning it.
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Date: July 11, 2024

Via Electronic Case Filing

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:  *Muckey v. The Philharmonic-Symphony Society of New York, Inc. et al*
Case No. 1:24-cv-03348 (AS) (RWL) [Rel: Case No. 1:24-cv-03356 (AS) (RWL)]

Dear Judge Subramanian:

This firm is counsel to Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians ("Local 802") in the above-referenced matter.

We write jointly with all parties to respectfully request the adjournment of the initial conference, currently scheduled to take place on August 1, 2024, and any corresponding deadlines, pending resolution of the motions to dismiss filed by Local 802 and Defendant The Philharmonic Symphonic Society of New York, Inc. (the "Philharmonic").

On June 5, 2024, Local 802 and the Philharmonic both filed motions to dismiss the Complaint filed by Plaintiff Matthew Muckey ("Muckey"). *See* Docket Nos. 21, 24. Muckey's responses to the motions are due on July 22 and any replies are due by September 4, 2024. *See* Docket No. 28.

All parties join in this request for an adjournment of the initial conference. This is the first such request.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Olivia R. Singer*

Olivia R. Singer

9842584.1