UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| LIANG WANG, | Case No.: |
| | 1:24-CV-03356 (AS) (RWL) |
| Plaintiff | [rel 1:24-CV-03348 (AS)(RWL)] |
| – against – | |
| THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC., AND ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS, | |
| Defendants. | |

------------------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by, between, and among the undersigned attorneys for Liang Wang ("Plaintiff"), ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802, AMERICAN FEDERATION OF MUSICIANS ("Local 802") and THE PHILHARMONIC-SYMPHONY SOCIETY OF NEW YORK, INC. a/k/a THE NEW YORK PHILHARMONIC ORCHESTRA (the "Society") (Local 802 and the Society collectively referred to herein as the "Defendants") as follows:

1. The Nineth and Tenth Counts of the complaint filed in the above-captioned action on May 1, 2024 (Doc. No. 1) (the "Complaint") as against Local 802 and the Society for *Prima Facie Tort* shall be voluntarily dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

2. The Third Count of the Complaint as against the Society for a Preliminary and Permanent Injunction shall be voluntarily dismissed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

3. The relief sought in the Third Count of the Complaint in the form of a Preliminary Injunction and Permanent Injunction shall be incorporated *nunc pro tunc* and deemed part of the relief sought in the Second Count of the Complaint as against the Society for Hybrid Section 301/Duty of Fair Representation: Breach of Collective Bargaining Agreement; provided, however, that the Society expressly preserves and does not waive any and all defenses to the extent such relief is sought by Plaintiff.

Date: New York, New York
July 29, 2024

PROSKAUER ROSE LLP

*[signature]*

By: Howard Z. Robbins, Esq.
Joshua S. Fox, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
jfox@proskauer.com
hrobbins@proskauer.com
*Attorneys for Defendant The Philharmonic-Symphony Society of New York, Inc.*

CARTER LEDYARD & MILBURN LLP

*[signature]*

By: Alan S. Lewis, Esq.
Karen E. Meara, Esq.
Carter Ledyard & Milburn LLP
28 Liberty Street, 41st Floor
New York, NY 10005
(917) 553-2524
lewis@clm.com
meara@clm.com
*Attorneys for Plaintiff Liang Wang*

COHEN, WEISS AND SIMON LLP

*[signature]*

By: Susan Davis, Esq.
Olivia R. Singer, Esq.
909 Third Avenue, 12th Floor
New York, NY 10022
(212) 356-0205
sdavis@cwsny.com
osinger@cwsny.com
*Attorneys for Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians*