# CARTER LEDYARD MILBURN

**Alan S. Lewis**
Partner
lewis@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8647

October 14, 2024

> The request for an extension is GRANTED.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 54.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Dated: October 15, 2024

**VIA ECF**

Hon. Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re: *Wang v. Philharmonic-Symphony Soc'y of NY, Inc. et al.*, No. 1:24-cv-03356-AS

Dear Judge Subramanian:

On behalf of Plaintiff Liang Wang and with the consent of both Defendants, we write to respectfully request a two-week extension of the deadline for Wang to submit his reply brief in further support of his motion for partial summary judgment—currently due October 16, 2024. If granted, the request would result in a deadline of October 30, 2024 for Mr. Wang. The reason for the request is that I have been dealing with a rapidly evolving family medical emergency since late last week and it is presently unclear when exactly that situation will stabilize enough to no longer require my sustained attention. I am lead counsel for Mr. Wang.

This is Plaintiff's first request for an extension of his reply deadline, which was initially set by stipulation of the parties, so ordered by this court. *See* ECF 30.

There are no scheduled appearances, as the court cancelled a scheduled August 1, 2024 conference pending decision on the motions (*see* ECF 34), and no other pending deadlines. *See* ECF 32 (staying discovery).

Respectfully submitted,

/s/ Alan S. Lewis

Alan S. Lewis

ASL:bp

cc:   **VIA ECF**
      All Counsel of Record

11351619.3

Carter Ledyard & Milburn LLP / clm.com