# EXHIBIT A
## REDACTED ARBITRATION
## OPINION AND AWARD

























































































