AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
| --- | --- | --- |

Liang Wang

          **Plaintiff (s),**

V.

The Philharmonic-Symphony Society of New York, Inc.
et al

          **Defendant (s),**

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:    1:24-cv-03356 (AS)

Notice is hereby given that, subject to approval by the court,   The Philharmonic-Symphony Society of New York, Inc.   ☐ substitutes

                                                    (Party (s) Name)

Natalie M. Georges                 , State Bar No.   5011325 (NY)    as counsel of record in
          (Name of New Attorney)

place of     Howard Z. Robbins and Joshua S. Fox of Proskauer Rose, LLP
                            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
| --- | --- |
| Firm Name: | Natalie M. Georges |
| Address: | 2222 Market Street, Philadelphia, PA 19103 |
| Telephone: | 215-963-5000      Facsimile   215-963-5991 |
| E-Mail (Optional): | natalie.georges@morganlewis.com |

I consent to the above substitution.

Date:          05/12/2025

                                        (Signature of Party (s))

I consent to being substituted.

Date:          5/13/25

                                      (Signature of Former Attorney (s))

I consent to the above substitution.

Date:          05/13/2025

                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:          May 15, 2025

                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

Reset