

Olivia R. Singer, Partner
o  212-356-0206
f  646.473.8206
osinger@cwsny.com
www.cwsny.com

909 Third Avenue, 12th Floor • New York, NY 10022-4731

June 11, 2025

**The request is GRANTED. The Clerk of Court is directed to terminate the motion at Dkt. 112.**

**SO ORDERED.**

Arun Subramanian, U.S.D.J.
Dated: June 12, 2025

Via Electronic Filing

Honorable Arun Subramanian
United State District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Wang v. The Philharmonic Symphony Society of New York, et al.*,
      Case No. 1:24-cv-03356 (AS) [Rel: Case No. 1:24-cv-03348 (AS)]

Dear Judge Subramanian:

This office is counsel to Defendant Associated Musicians of Greater New York, Local 802, AFM ("Local 802") in the above-referenced matter.

On Monday afternoon (June 9), Local 802 filed a motion to dismiss the amended complaint in this matter. The papers included a declaration in support of the motion to dismiss with attached exhibits [Docket No. 111]. Late Tuesday evening, counsel for Matthew Muckey, the plaintiff in related case no. 1:24-cv-03348 (AS), informed us that part of our filing included Mr. Muckey's home address. Upon review of the papers, we discovered that we had also inadvertently failed to redact Mr. Wang's home address from the notice of non-reengagement filed as Exhibit G to the declaration in this matter.

Pursuant to Local ECF Rule 21.7, at 7:49 am this morning I notified the ECF clerk of the inadvertent filing, and the clerk temporarily sealed Exhibit G to Docket No. 111 [Docket No. 111-7]. We write to respectfully request that Your Honor formally seal Docket No. 111-7, and grant us permission to electronically re-file a redacted version of Exhibit G (or the entire declaration if the Court prefers).

We appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Olivia R. Singer

Olivia R. Singer

cc: All Counsel