```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
LIANG WANG,                                  :
                                             :   Case No.
                Plaintiff,                   :   1:24-cv-03356 (AS)
                                             :
        vs.                                  :   [rel. 1:24-cv-03348 (AS)]
                                             :
THE PHILHARMONIC-SYMPHONY SOCIETY            :
OF NEW YORK, INC. AND ASSOCIATED             :
MUSICIANS OF GREATER NEW YORK, LOCAL         :
802, AMERICAN FEDERATION OF MUSICIANS,       :
                                             :
                Defendants.                  :
--------------------------------------------------------------- X
```

**DECLARATION OF ALAN S. LEWIS IN OPPOSITION TO
DEFENDANTS' MOTIONS TO DISMISS**

**ALAN S. LEWIS** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the bar of this Court and a partner at Carter Ledyard & Milburn LLP, counsel for Plaintiff Liang Wang. I submit this declaration in opposition to Defendants' motions to dismiss.

2. Attached as Exhibit A is Plaintiff's Chart Identifying Elements Plausibly Alleged in Plaintiff's Amended Complaint in Opposition to the Motion to Dismiss of The Philharmonic-Symphony Society of New York, Inc.

3. Attached as Exhibit B is Plaintiff's Chart Identifying Elements Plausibly Alleged in Plaintiff's Amended Complaint in Opposition to the Motion to Dismiss of Associated Musicians of Greater New York, Local 802, American Federation of Musicians.

4. Attached as Exhibit C is a true and correct copy of the transcript of the hearing held in this action on February 28, 2025.

5.     Attached as Exhibit D is a true and correct copy of an email from Howard Robbins to me, dated May 21, 2024.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Dated: New York, New York
       July 29, 2024                                          /s/ Alan S. Lewis
                                                         _____
                                                              Alan S. Lewis