# EXHIBIT A

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
LIANG WANG,                                      :
                                                 :  Case No.
                  Plaintiff,                     :  1:24-cv-03356 (AS)
                                                 :
          vs.                                    :  [rel. 1:24-cv-03348 (AS)]
                                                 :
THE PHILHARMONIC-SYMPHONY SOCIETY                :
OF NEW YORK, INC. AND ASSOCIATED                 :
MUSICIANS OF GREATER NEW YORK, LOCAL             :
802, AMERICAN FEDERATION OF MUSICIANS,           :
                                                 :
                  Defendants.                    :
------------------------------------------------------------------ X
```

**PLAINTIFF'S CHART IDENTIFYING THE PARAGRAPHS OF HIS AMENDED COMPLAINT IN WHICH THE ELEMENTS OF HIS CLAIMS AGAINST THE PHILHARMONIC ARE PLAUSIBLY ALLEGED**

This chart identifies the paragraphs of the Amended Complaint in which Plaintiff plausibly alleges the elements of his claims against the Philharmonic that it alleges to have not been plausibly pled. See Ex. Exhibit A to the Declaration of Ashley R. Lynam (ECF #107-1).

| COUNT (CLAIM) | ELEMENTS PLAUSIBLY ALLEGED | PARAGRAPH IN AMENDED COMPLAINT |
|---|---|---|
| Count 2<br><br>Hybrid 201/DFR: Breach of Collective Bargaining Agreement<br><br>(FAC ¶¶ 179–203) | 1. Employer breached the collective bargaining agreement. | ¶¶ 2-4, 7, 15, 16, 23, 25, 28, 34-39, 47, 48, 50, 51, 53, 54, 55, 58-60, 68, 80, 88, 89, 90, 91, 92, 93, 95, 96, 120, 121, 131, 133, 134, 160, 164, 166-170, 179-203, 208, 211, 213, 222, 230, 239, 274, 275 |
| | 2. Union violated its duty of fair representation. | ¶¶ 3, 5, 7, 16, 25, 33, 34, 40, 41, 43, 44, 45, 53, 57, 61, 62, 63, 88, 97-102, 104, 107, 109-114, 116, 118-134, 155-177, 226-230, 257-262, 282, 283 |

Dated:     July 29, 2025
    New York, New York

                                    Respectfully submitted,

                                    CARTER LEDYARD & MILBURN LLP
                                    /s/Alan S. Lewis

By:    _____

                                    Alan S. Lewis
                                    Karen E. Meara
                                    28 Liberty Street, 41st Floor
                                    New York, NY 10005
                                    (917) 544-2524
                                    lewis@clm.com
                                    meara@clm.com

                                    *Attorneys for Plaintiff Liang Wang*