# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
LIANG WANG,                                :
                                           :
                  Plaintiff,    : Case No.
                                           : 1:24-cv-03356 (AS)
         vs.                           :
                                           : [rel. 1:24-cv-03348 (AS)]
                                           :
THE PHILHARMONIC-SYMPHONY SOCIETY           :
OF NEW YORK, INC. AND ASSOCIATED            :
MUSICIANS OF GREATER NEW YORK, LOCAL        :
802, AMERICAN FEDERATION OF MUSICIANS,      :
                                           :
                  Defendants.   :
------------------------------------------------------------------ X

**PLAINTIFF'S CHART IDENTIFYING THE PARAGRAPHS OF THE AMENDED COMPLAINT IN WHICH THE ELEMENTS OF HIS CLAIMS AGAINST THE UNION ARE PLAUSIBLY ALLEGED**

This chart identifies the paragraphs of the Amended Complaint in which Plaintiff plausibly alleges the elements of his claims against the Union that it alleges to have not been plausibly pled. See Ex. Exhibit I to the Declaration of Susan Davis (ECF# 111-9).

| COUNT (CLAIM) | ELEMENTS PLAUSIBLY ALLEGED | PARAGRAPH IN AMENDED COMPLAINT |
| --- | --- | --- |
| First Claim for Relief Hybrid § 301/DFR Claim: Breach of Duty of Fair Representation (¶¶ 155–178) | 1. The employer breached the collective bargaining agreement. | ¶¶ 2-4, 7, 15, 16, 23, 25, 28, 34-39, 47, 48, 50, 51, 53, 54, 55, 58-60, 68, 80, 88, 89, 90, 91, 92, 93, 95, 96, 120, 121, 131, 133,134,160, 164, 166-170, 179-203, 208, 211, 213, 222, 230, 239, 274, 275 |
| | 2. The union owed a duty of fair representation in its conduct. | ¶¶ 2, 3, 5, 15, 16, 25, 26, 57, 61, 62, 94, 97, 122, 156-159 |
| | 3. The union breached its duty of fair representation. | ¶¶ 3, 5, 7, 16, 25, 33, 34, 40, 41, 43, 44, 45, 53, 57, 61, 62, 63, 88, 97-102, 104, 107, 109-114, 116, 118-134, 155-177, 226-230, 257-262, 282, 283 |

| (¶¶ 279–285) |  | 170, 179-203, 208, 211, 213, 222, 230, 239, 274, 275 |
|---|---|---|
|  | 2. The union breached its duty of fair representation | ¶¶ 3, 5, 7, 16, 25, 33, 34, 40, 41, 43, 44, 45, 53, 57, 61, 62, 63, 88, 97-102, 104, 107, 109-114, 116, 118-134, 155-177, 226-230, 257-262, 282, 283 |
|  | 3. The union's conduct was motivated by discriminatory animus | ¶¶ 5, 31, 32, 33, 34, 38-44, 53, 56, 57, 61, 98-102, 109-114, 116, 120-134, 161-164, 173, 220-231, 251-259, 261-263, 281, 283-284 |

Dated:     July 29, 2025
        New York, New York

                                    Respectfully submitted,

                                    CARTER LEDYARD & MILBURN LLP
                                    /s/ Alan S. Lewis
                        By:         _____
                                    Alan S. Lewis
                                    Karen E. Meara
                                    28 Liberty Street, 41st Floor
                                    New York, NY 10005
                                    (917) 544-2524
                                    lewis@clm.com
                                    meara@clm.com

                                    *Attorneys for Plaintiff Liang Wang*