# Exhibit D

**From:** Robbins, Howard Z. <HRobbins@proskauer.com>
**Sent:** Tuesday, May 21, 2024 3:06 PM
**To:** Lewis, Alan S. <Lewis@clm.com>
**Cc:** Fox, Joshua S. <jfox@proskauer.com>
**Subject:** Liang Wang/Philharmonic

Dear Mr. Lewis:

Please note that your client, Mr. Wang, remains on a paid leave pending the completion of the Philharmonic's ongoing investigation into allegations of sexual harassment or otherwise inappropriate conduct by musicians or other current employees of the Philharmonic. As that investigation has not yet been completed, the Philharmonic will not be sending Mr. Wang to China or to China to perform given that the Philharmonic must soon finalize rosters and logistics for both trips. I will contact you following completion of the investigation.


**Howard Z. Robbins**
Member of the Firm
Proskauer
Eleven Times Square
New York, NY 10036-8299
d  212.969.3912
f  212.969.2900
hrobbins@proskauer.com



Follow the Proskauer Brief Podcast on iTunes.
Listen to our latest episodes.