UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
LIANG WANG,                                                   :
                                                              :  Case No.
                          Plaintiff,                          :  1:24-cv-03356 (AS)
                                                              :
             vs.                                              :  [rel. 1:24-cv-03348 (AS)]
                                                              :
                                                              :
THE PHILHARMONIC-SYMPHONY SOCIETY                             :
OF NEW YORK, INC. AND ASSOCIATED                              :
MUSICIANS OF GREATER NEW YORK, LOCAL                          :
802, AMERICAN FEDERATION OF MUSICIANS,                        :
                          Defendants.                         :
                                                              :
------------------------------------------------------------- X

## DECLARATION OF LIANG WANG IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

**LIANG WANG** declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

   1. I am the plaintiff in the above-captioned action. I submit this declaration based on my personal knowledge and my review of relevant documents.

   2. Attached as Exhibit A is a true and correct copy of an email from Deborah Borda to me, dated September 23, 2024. The top redacted portion reflects privileged communications between me and my counsel.

   3. Attached as Exhibit B is a true and correct copy of a memorandum from Deborah Borda to me, dated October 15, 2024.

   4. Attached as Exhibit C is a true and correct copy of the Bylaws of the American Federation of Musicians of the United States and Canada, revised September 15, 2023.

I declare under the penalty of perjury that the foregoing is true and correct.
Dated: New York, New York

   July 29, 2025.

                                                    _____
                                                              Liang Wang

4911-7218-3640.v1