# Exhibit A



**From:** Deborah Borda <bordad@nyphil.org>
**Date:** September 23, 2024 at 5:57:21 PM EDT
**To:** liangoboe@gmail.com
**Cc:** Kathie Parsons <parsonsk@nyphil.org>, DeAnne Eisch <EischD@nyphil.org>
**Subject: 2024/2025 Season**

Dear Liang,

Now that the CBA has been ratified, we will be issuing memos to all members of the orchestra confirming individual salaries for the 2024/2025 season. The highest priority in this negotiation was to raise the base scale for all members of the orchestra; over the three-year term of the contract, each musician will receive compounded increases on base and longevity to a total of 33.55%.

The Society has decided that we need to moderate our overscale commitments. The Society has decided to keep the overscale amounts for all overscale musicians at the same dollar amount they received in the 2023/2024 season. Weekly base scale and your longevity for the first half of the season will increase to $3,173.40 and $187.76, respectively and in the second half of the season weekly base scale and your longevity will increase to $3,411.41 and $201.84, respectively. Your weekly overscale for the full season will be $4,132.80. This information will be reflected in the memo you will receive later this week.

The decision to moderate our overscale commitments is intended to support the long-term health of our orchestra while ensuring equal base scale and longevity increases for all members of the orchestra. We greatly value your artistry and leadership, which we believe is reflected in our commitment to preserve the 23/24 season dollar value of your overscale amount.

Sincerely,
Deborah

**Deborah Borda**
*Executive Advisor*
t:  (212) 875-5963
e:  bordad@nyphil.org
_____

**NY Phil**

1

---

David Geffen Hall
10 Lincoln Center Plaza
New York, New York 10023
NYPHIL.ORG

2