# Exhibit B



Deborah Borda
*Executive Advisor*

Peter W. May and Oscar L. Tang
*Co-Chairmen*

**MEMORANDUM**

TO: Liang Wang, Principal Oboe

FROM: Deborah Borda, Executive Advisor

DATE: October 15, 2024

RE: New York Philharmonic 2024-25 Season: September 16, 2024 – September 14, 2025

_____

Your employment with the Society is governed by the terms and conditions of the Society's Master Trade Agreement with the Associated Musicians of Greater New York, Inc., Local 802, American Federation of Musicians.

During the 2024-25 Season, the Society will pay you a weekly salary for services performed in accordance with the aforementioned Master Trade Agreement, without any additional remuneration for any solos which may be performed, except for solo concerto appearances.

Your weekly salary for September 16, 2024 (Week 1) through October 13, 2025 (Week 4) will be:
$7,493.96
REPRESENTING THE SUM OF $3,173.40 BASE SCALE, $4,132.80 OVERSCALE, $187.76 LONGEVITY

Beginning October 14, 2024 (Week 5) through March 16, 2025 (Week 26) your Weekly Salary will be:
$3,361.16
REPRESENTING THE SUM OF $3,173.40 BASE SCALE, $187.76 LONGEVITY

Your weekly salary for March 17, 2025 (Week 27) through September 14, 2025 (Week 52) will be:
$3,613.25
REPRESENTING THE SUM OF $3,411.41 BASE SCALE, $201.84 LONGEVITY