UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

LIANG WANG,                                          :
                                                     :
                        Plaintiff,                   :
                                                     :
        - against -                                  :    Civil Action No.
                                                     :    1:24-cv-03356 (AS)
THE PHILHARMONIC-SYMPHONY SOCIETY OF                 :
NEW YORK, INC., and ASSOCIATED MUSICIANS             :    [rel. 1:24-cv-00348 (AS)]
OF GREATER NEW YORK, LOCAL 802,                      :
AMERICAN FEDERATION OF MUSICIANS,                    :
                                                     :
                        Defendants.                  :
                                                     :
                                                     :
                                                     :
                                                     :
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel appears as counsel on

behalf of defendant ASSOCIATED MUSICIANS OF GREATER NEW YORK, LOCAL 802,

AMERICAN FEDERATION OF MUSICIANS, is admitted in this Court, and files this Notice so

as to receive e-mail notification through the ECF system of all future filings at

kmorin@cwsny.com and ecf@cwsny.com.

Dated:  New York, New York
        April 15, 2026

                                        Respectfully submitted,


                                        /s/ Kayla Morin
                                        Kayla Morin
                                        COHEN, WEISS AND SIMON LLP
                                        909 Third Avenue, 12th Floor
                                        New York, New York 10022-4731
                                        (212) 356-0257
                                        kmorin@cwsny.com

                                        Attorney for Defendant
                                        Associated Musicians of Greater New York,
                                        Local 802, American Federation of
                                        Musicians