# EXHIBIT C

**McLaughlin & Stern, LLP**
**Founded 1898**

**Jacqueline C. Gerrald**
Partner
jgerrald@mclaughlinstern.com
Direct Phone: (212) 448–1100, ext. 1113

260 Madison Avenue
New York, New York 10016
(212) 448–1100
Fax (212) 448–0066
www.mclaughlinstern.com

Garden City, New York
Millbrook, New York
Westport, Connecticut
Jupiter, Florida
Naples, Florida
Sarasota, Florida
West Palm Beach, Florida
Westfield, New Jersey
San Francisco, California

April 8, 2026

***Via Electronic Mail:*** ***ashley.lynam@morganlewis.com***
Ashley R. Lynam
Morgan, Lewis & Bockius LLP
2222 Market St.
Philadelphia, PA 19103-3007

Re: Matthew Muckey

Dear Ashley:

We write to you regarding our client, Matthew Muckey, and his position as the Associate Principal and Third Trumpet at the New York Philharmonic. Reference is made to the letter from Carter Ledyard Milburn to you dated April 8, 2026,[1] and we similarly write to address the Philharmonic's public announcement (on its website) of a "vacancy" for the position of Associate Principal Trumpet and the related solicitation of auditions for that position.

Given Mr. Muckey's claims currently pending before the US District Court in the Southern District of New York which challenge the Philharmonic's termination of his position and seek, *inter alia,* restoration to his position, the Philharmonic places itself, and potentially the person hired, at risk, should it hire someone for the Associate Principal Trumpet position. As you know, the Court denied the Philharmonic's motion to dismiss the claims asserted in that action. Thus, the hiring of another Associate Principal Trumpet would be an act by the Philharmonic taken with intent to thwart Mr. Muckey's ability to obtain that remedy.

Therefore, demand is hereby being made that that the Philharmonic cease and desist from treating Mr. Muckey's position as vacant.

---

[1] To avoid being repetitive, we therefore adopt and incorporate by reference the arguments made in Mr. Lewis' letter.

All rights, remedies and claims are expressly reserved.

Sincerely,

/s/ ***Jacqueline C. Gerrald***

By: Jacqueline C. Gerrald