# EXHIBIT D

**Dogra, Teasha**

---

**Subject:** FW: Case Management Plan

---

**From:** Lynam, Ashley R.
**Sent:** Wednesday, April 15, 2026 11:30 AM
**To:** 'Lewis, Alan S.' <Lewis@clm.com>; Sand, Jacob <jacob.sand@morganlewis.com>; Olivia R. Singer <osinger@cwsny.com>
**Cc:** Meara, Karen E. <Meara@clm.com>; Steve Hyman <SHYMAN@mclaughlinstern.com>; Jacqueline Gerrald <JGerrald@mclaughlinstern.com>; Susan Davis <sdavis@cwsny.com>; Paul Levinson <PLEVINSON@mclaughlinstern.com>
**Subject:** RE: Case Management Plan

Alan,

You did not begin either of last week's Zoom calls with this precondition, nor did you reference it in your follow-up letters to us on the very topic. On our first call, you agreed to mediation but "not necessarily under the framework the Court suggested," and on the second call you requested the Philharmonic hold open your clients' respective positions, but did not "unambiguously" precondition your agreement to mediation on this in discussion or in your letter on this very topic.

The Philharmonic has agreed to all other requests and conditions on mediation. Plaintiffs requested we mediate with the magistrate judge instead of a private mediator – we agreed. The Union requested a reasonable delay to the start of discovery pending mediation – we agreed. This last-minute request for the Philharmonic to halt the audition process – which has been ongoing since well before any discussion of mediation – and refrain from making employment and staffing decisions as it is entitled to do is not a modest request.

As for the deadline on initial disclosures, everyone on this thread is, of course, aware of the rule and that its 14-day deadline runs from the date of the 26(f) conference. Given the multiple calls last week, we were seeking to ensure there was no misalignment among the parties about which of last week's calls would be considered the date for that time to run.

Lastly, subject to the change discussed regarding pleading amendments, we are agreeable to the proposed scheduling order.

Thank you,
Ashley

**Ashley R. Lynam**
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.8832 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
Assistant: Dawn Moser | +1.215.963.5629 | dawn.moser@morganlewis.com
ashley.lynam@morganlewis.com | www.morganlewis.com

---

**From:** Lewis, Alan S. <Lewis@clm.com>
**Sent:** Tuesday, April 14, 2026 6:03 PM

**To:** Sand, Jacob <jacob.sand@morganlewis.com>; Olivia R. Singer <osinger@cwsny.com>
**Cc:** Ramirez, Geneva <geneva.ramirez@morganlewis.com>; Meara, Karen E. <Meara@clm.com>; Steve Hyman <SHYMAN@mclaughlinstern.com>; Jacqueline Gerrald <JGerrald@mclaughlinstern.com>; Susan Davis <sdavis@cwsny.com>; Paul Levinson <PLEVINSON@mclaughlinstern.com>; Lynam, Ashley R. <ashley.lynam@morganlewis.com>
**Subject:** RE: Case Management Plan

[EXTERNAL EMAIL]

Jacob,

We began last week's Zoom conference by stating, unambiguously, that Plaintiffs will not agree to participate in mediation, unless the Philharmonic commits to not hire replacements for them while the mediation is ongoing and before it is concluded. For us, that condition is essential to mediation, given that restoration to their positions is a remedy Plaintiffs seek in this case. As we have pointed out previously, the Philharmonic did not fill Plaintiffs' positions between August of 2018 and April of 2020, nor did it do so since their terminations in 2024, about a year and a half ago. We do not understand why the Philharmonic would be unwilling to allow what might be only another couple of months to go by, without filling those positions, given that the Philharmonic did not fill those positions in the two periods refenced above, which add up to about three years' time. But if the Philharmonic will not make that modest commitment, we confirm that Plaintiffs will not participate in a mediation.

The deadline for initial disclosures is of course set by Rule - within 14 days after the parties' Rule 26(f) conference. No party has asked to change the date for initial disclosures.

Alan

Alan S. Lewis
Partner
Carter Ledyard & Milburn LLP

28 Liberty Street
New York, NY 10005
917.533.2524
lewis@clm.com / www.clm.com

---

**From:** Sand, Jacob <jacob.sand@morganlewis.com>
**Sent:** Tuesday, April 14, 2026 4:45 PM
**To:** Lewis, Alan S. <Lewis@clm.com>; Olivia R. Singer <osinger@cwsny.com>
**Cc:** Ramirez, Geneva <geneva.ramirez@morganlewis.com>; Meara, Karen E. <Meara@clm.com>; Steve Hyman <SHYMAN@mclaughlinstern.com>; Jacqueline Gerrald <JGerrald@mclaughlinstern.com>; Susan Davis <sdavis@cwsny.com>; Paul Levinson <PLEVINSON@mclaughlinstern.com>; Lynam, Ashley R. <ashley.lynam@morganlewis.com>
**Subject:** RE: Case Management Plan

Alan,

While I was not part of the calls referenced below, I can confirm that the Philharmonic will not agree to hold open those positions during the pendency of a mediation. The Philharmonic would agree to Plaintiffs' request that discovery proceed during mediation.

The Philharmonic will agree to Plaintiffs' request for the earlier deposition deadline provided for in the proposed discovery order.

Also, given that there were multiple calls and in the interest of avoiding any potential misunderstanding between the parties could you please also propose a date for the parties to exchange initial disclosures?

Thanks,

**Jacob Sand**
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.8837 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
Assistant: Kerston S. Augustine | +1.215.963.5010 | kerston.augustine@morganlewis.com
jacob.sand@morganlewis.com | www.morganlewis.com

---

**From:** Lewis, Alan S. <Lewis@clm.com>
**Sent:** Tuesday, April 14, 2026 3:39 PM
**To:** Sand, Jacob <jacob.sand@morganlewis.com>; Olivia R. Singer <osinger@cwsny.com>
**Cc:** Ramirez, Geneva <geneva.ramirez@morganlewis.com>; Meara, Karen E. <Meara@clm.com>; Steve Hyman <SHYMAN@mclaughlinstern.com>; Jacqueline Gerrald <JGerrald@mclaughlinstern.com>; Susan Davis <sdavis@cwsny.com>; Paul Levinson <PLEVINSON@mclaughlinstern.com>; Lynam, Ashley R. <ashley.lynam@morganlewis.com>
**Subject:** RE: Case Management Plan

[EXTERNAL EMAIL]

Olivia and Jacob,

The letter does not include a request for referral to mediation because the previously stated conditions for Plaintiffs to agree to mediate have not yet been satisfied. First, we made clear during last week's Zoom that for Plaintiffs to agree to mediate, the Philharmonic must agree not to fill the Plaintiffs' positions while the mediation is ongoing. The Philharmonic has not yet expressed its agreement to this condition. Second, we also made clear that discovery will not be stayed during the mediation. We ask the Philharmonic to confirm its agreement to the first condition and for both Defendants to confirm their agreement to the second.

As for why the end date for depositions and discovery are not the same in our draft order, that is because responses to requests to admit are part of discovery.

We are willing to modify the provision regarding amendment of pleadings in accordance with both of your comments.

Best,

Alan

Alan S. Lewis
Partner
Carter Ledyard & Milburn LLP
28 Liberty Street
New York, NY 10005
917.533.2524
lewis@clm.com / www.clm.com

---

**From:** Sand, Jacob <jacob.sand@morganlewis.com>
**Sent:** Tuesday, April 14, 2026 2:45 PM
**To:** Paul Levinson <PLEVINSON@mclaughlinstern.com>; Lynam, Ashley R. <ashley.lynam@morganlewis.com>
**Cc:** Ramirez, Geneva <geneva.ramirez@morganlewis.com>; Lewis, Alan S. <Lewis@clm.com>; Meara, Karen E. <Meara@clm.com>; Steve Hyman <SHYMAN@mclaughlinstern.com>; Jacqueline Gerrald <JGerrald@mclaughlinstern.com>; Olivia R. Singer <osinger@cwsny.com>; Susan Davis <sdavis@cwsny.com>
**Subject:** RE: Case Management Plan

Paul,

Our position on the CMO mirrors that Olivia expressed this morning: (1) the NY Phil agrees to mediate, would like to do so as the earliest possible date convenient with the Court's schedule and agrees it makes sense to include that request in the letter and cc the Magistrate Judge; (2) allowing amendment without leave or consent of the opposing party up to the end of the discovery period is not something that we can agree to; and (3) the deposition deadline should line up with the discovery end date.

Best regards,

**Jacob Sand**
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.8837 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
Assistant: Kerston S. Augustine | +1.215.963.5010 | kerston.augustine@morganlewis.com
jacob.sand@morganlewis.com | www.morganlewis.com

---

**From:** Paul Levinson <PLEVINSON@mclaughlinstern.com>
**Sent:** Tuesday, April 14, 2026 2:15 PM
**To:** Lynam, Ashley R. <ashley.lynam@morganlewis.com>
**Cc:** Sand, Jacob <jacob.sand@morganlewis.com>; Ramirez, Geneva <geneva.ramirez@morganlewis.com>; Lewis, Alan S. <lewis@clm.com>; Meara, Karen E. <meara@clm.com>; Steve Hyman <SHYMAN@mclaughlinstern.com>; Jacqueline Gerrald <JGerrald@mclaughlinstern.com>; Olivia R. Singer <osinger@cwsny.com>; Susan Davis <sdavis@cwsny.com>
**Subject:** Case Management Plan

[EXTERNAL EMAIL]
Dear Ashley:

We are growing increasingly concerned that we have not heard from you on any of the email threads with respect to the draft Case Management Plan which has been circulated—and most importantly, which must be e-filed tomorrow.

Steve, Jacqueline, and I just tried calling you, your assistant, and Jacob, and were unable to reach any of you. We need to know the Philharmonic's position with respect to the proposed dates and deadlines in the draft Plan—and, quite frankly, we need to know it now, in case we can't come to a meeting of the minds, which we hope will not be the case. If there is no agreement, and we have to submit "dueling" Plans, our message to the Court will necessarily be quite different than if, as the Court would prefer, we come up with a Plan that all parties agree upon.

In view of the foregoing, we look forward to hearing from you no later than 5 PM this afternoon.

Thank you.

Paul

PAUL H. LEVINSON, Partner
McLaughlin & Stern, LLP
260 Madison Avenue, 18th Floor
New York, NY 10016

Direct Line: (212) 448-6279
Mobile: (917) 902-9429
Telecopier: (212) 448-0066
Email PLEVINSON@mclaughlinstern.com

McLaughlin&Stern

This transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and destroy the documents.

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.

*****************************************************
This e-mail message and its attachments are confidential, intended only for the addressee(s) named above and may contain information that is proprietary, privileged, attorney work product or otherwise exempt from disclosure. If you receive this message in error please notify us at postmaster@clm.com and immediately delete this message and its attachments from your system.
*****************************************************