# CARTER LEDYARD MILBURN

**Alan S. Lewis**
Partner
lewis@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8647

July 30, 2026

**VIA ECF**

Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:    *Liang Wang v. The Philharmonic-Symphony Society of New York, Inc., et. al.*,
        No. 1:24-24-cv-03356 (AS) and *Matthew Muckey v. Associated Musicians of
        Greater New York, Local 802. American Federation of Musicians, et. al.*,
        No. 1:24-cv-03348 (AS)

Dear Judge Subramanian:

    We write to follow up on our recently filed request (ECF #157) that the Court amend the previously entered Scheduling Orders (Doc #133 (24-cv-03356) and Doc #129 (24-cv-03348)). Subsequent to the filing of our letter, counsel for Defendant Associated Musicians of Greater New York, Local 802, American Federation of Musicians stated that it has no objection to the proposed revised discovery schedule. Accordingly, Plaintiffs respectfully request that the Court extend the deadlines as proposed in our recently filed letter (ECF #157).

Respectfully submitted,

*/s/ Alan S. Lewis*

Alan S. Lewis

ASL:bp

cc:    **VIA ECF**

    All Counsel of Record

4905-0543-2258.v1