CARTER LEDYARD MILBURN

Alan S. Lewis
Partner
lewis@clm.com

28 Liberty Street, 41st Floor
New York, NY 10005
D / 212-238-8647

August 5, 2026

**BY ECF**

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re: *Wang v. The Philharmonic-Symphony Society of New York, Inc., et al.*, Case No. 1:24-cv-03356 (AS); *Muckey v. Associated Musicians of Greater New York, Local 802, et al.*, Case No. 1:24-cv-03348 (AS)

Dear Judge Subramanian:

We write to respectfully inquire about the status of Wang's pending motion to strike the Philharmonic's Seventh Affirmative Defense of just cause. The motion has been fully briefed since Wang's submission of a reply on May 20. *See* ECF No. 146. We make the inquiry because the Court's ruling on the motion may have some bearing on the discovery process, including, for example, particular witnesses the parties may seek to depose.

Respectfully,

*/s/ Alan S. Lewis*

Alan S. Lewis

ASL:bp

cc: All Counsel of Record (via ECF)

It isn't clear why resolution of the motion would impact the discovery process, but the parties should meet and confer and if there is a dispute, bring it to the Court for resolution. As for the motion to strike, the Court is on it.

Arun Subramanian, U.S.D.J.
Date: August 6, 2026